IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0669

IN THE MATTER OF:

B.F. and A.F.,

Youth(s) in Need of Care.

**ORDER**

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 27, 2020, within which to prepare, serve, and file its response brief.

**JMK**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2020